## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LATOYA BONK,** *Plaintiff* v. **AR RESOURCES INC.,** *Defendant* | Case No. 2:25-cv-01845-JDW |

## ORDER

**AND NOW**, this 21st day of July, 2025, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear her or its own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.